FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAY 19  PM 12: 12

LORETTA G. WHYTE
CLERK

# FELONY

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

### INDICTMENT FOR
### ACCESS DEVICE FRAUD

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET **05 - 166** |
| v. | * | SECTION: **SECT. F MAG.2** |
| KUSHANA ESCO | * | VIOLATION: 18 U.S.C. § 1029(a)(1) |
| | * * * | |

The Grand Jury charges that:

### COUNT 1

On or about March 31, 2005, in the Eastern District of Louisiana, the defendant, **KUSHANA**

**ESCO**, knowingly and with intent to defraud, possessed more than fifteen counterfeit access devices,

___ Fee USA
___ Process
X  Dktd
___ CtRmDep
___ Doc. No

said possession affecting interstate commerce, all in violation of Title 18, United States Code,

Section 1029(a)(3).

A TRUE BILL:

_____
FOREPERSON

_____
JIM LETTEN, #8517
UNITED STATES ATTORNEY

_____
JAN MASELLI MANN, #9020
First Assistant United States Attorney
Chief, Criminal Division

_____
WILLIAM P. GIBBENS, #27225
Assistant United States Attorney

New Orleans, Louisiana
May 19, 2005

2

FORM OBD-34
APR '91

No. _____

# UNITED STATES DISTRICT COURT

Eastern _____ District of _____ Louisiana

_____ Criminal _____ Division

## THE UNITED STATES OF AMERICA

vs.

## KUSHANA ESCO

# INDICTMENT

### INDICTMENT FOR ACCESS DEVICE FRAUD

#### VIOLATION: 18: U.S.C. § 1029 (a)(1)

_A true bill._

_____

_Foreman_

Filed in open court this _____

day, of _____ A.D. 2005.

_____

_Clerk_

Bail, $ _____

**WILLIAM GIBBENS, Assistant United States Attorney**

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT

| DEFENDANT − U.S. vs. |
|---|

Name of District Court, and/or Judge/Magistrate Location (City)

EASTERN DISTRICT OF LOUISIANA

KUSHANA ESCO

**05-166**

Address: 1917 DELACHAISE ST.
NEW ORLEANS, LA 70115

**SECT. F MAG. 2**

Name and Office of Person Furnishing Information on THIS FORM
CATHERINE J. RILEY
☒ U.S. Att'y  ☐ Other U.S. Agency

Birth Date: 05-15-1978

☐ Male  ☐ Alien (if applicable)
☒ Female

Name of Asst. U.S. Att'y (if assigned)
WILLIAM GIBBENS

Social Security Number: 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

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

U. S. SECRET SERVICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding transferred from another district per (circle one)  FRCrP 20,  21 or  40 . Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this is prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate judge regarding ▶ this defendant were recorded under

MAG. JUDGE CASE NO.

Place of offense: ORLEANS PARISH

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

### DEFENDANT

**IS NOT IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding
If not detained give date any prior ▶ summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  } If "Yes" give date filed
☐ No

DATE OF ARREST ▶

Or... if Arresting Agency & Warrant were not Federal

DATE TRANSFERRED TO U.S. CUSTODY ▷

☐ This report amends AO 257 previously submitted

## OFFENSE CHARGED − U.S.C. CITATION − STATUTORY MAXIMUM PENALTIES − ADDITIONAL INFORMATION OR COMMENTS

18: U.S.C. § 1029(a)(1)